**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| DIANA SNYDER | : No. 51 WAL 2023 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal |
| | : from the Order of the |
| | : Commonwealth Court |
| COUNTY OF ALLEGHENY AND UPMC | : |
| BENEFIT MANAGEMENT SERVICES, INC. | : |
| (WORKERS' COMPENSATION APPEAL | : |
| BOARD) | : |
| | : |
| | : |
| PETITION OF: DIANA SNYDER | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 8th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.